STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-00-35

L. RICHARD KAWKA,

Plaintiff

vs.

ORDER

DANIEL G. COYNE, et al.,

Defendants

In reviewing the file, it has come to the court's attention that defendant Commercial Properties, Inc. has filed an answer in this action signed by its President, Richard J. McGoldrick. As far as the court is aware, Mr. McGoldrick is not an attorney authorized to practice in this court and therefore may not represent a corporation before the courts of Maine. See 4 M.R.S.A. §807; Land Management, Inc. v. Department of Environmental Protection, 368 A.2d 602, 603-04 (Me. 1977).

Although plaintiff has not yet raised this issue, the court cannot ignore it. Accordingly, Commercial Properties, Inc. will be given 20 days to obtain an attorney. If no attorney appears on its behalf, the court will entertain a motion to strike its answer and enter a default.

The clerk is directed to incorporate this order into the docket by reference pursuant to Rule 79(a).

Dated: May 19, 2000

Thomas D. Warren
Justice, Superior Court

Date Filed __01-14-00__  __CUMBERLAND__  Docket No. __CV 00-035__

County

Action __DAMAGES__

L. RICHARD KAWKA

DANIEL J. COYNE
COMMERCIAL PROPERTIES, INC.

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| JOHN A. HOBSON, ESQ 774-2635<br>PO BOX 426, PORTLAND ME 04112 | RICHARD MCGOLDRICK, PRESIDENT<br>COMMERCIAL PROPERTIES, INC., PRO SE<br><br>JENNIFER RIGGLE ESQ (COYNE) 773-7455<br>FOUR M⊤⊤K STREET, PORTLAND 04101 |